# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| NELSON VALLE, *et al.* | NOTICE OF COMPLIANCE |
| Plaintiffs, | |
| v. | 3:24-CV-01173-SVN |
| 360 MAIN STREET ASSOCIATES, LLC. *et al.* | |
| | JANUARY 9, 2025 |
| Defendants. | |

## NOTICE OF GOOD FAITH EFFORT TO COMPLY WITH RULES RELATED TO THE SCHEDULING OF THIS CASE

*TO THE HONORABLE JUDGE OF SAID COURT,*

    This submission is to provide notice of the good faith effort in attempt to comply with the Court's rules and deadlines as it administers the matters before it. It is meant only to inform the Court that such efforts were made albeit perhaps unsuccessfully. (Att. No. 1 & 2)

Respectfully,

   /s/   Nelson Valle

   /s/   Brunilda Ramos-Ayala

---

NOTICE OF GOOD FAITH EFFORT - 1

Nelson Valle/Brunilda Ramos-Ayala
80 State House Square #125
Hartford, CT 06123
+305.340.5621 *p*
profiler.1968@protonmail.com *e*

## **DECLARATION OF NELSON VALLE FOR GOOD CAUSE IN ATTEMPTING TO MEET THE SCHEDULING MEETINGS PER COURT RULES**

I, Nelson Valle, under penalty of perjury--*28 U.S.C. § 1746(2)* and the laws of the State of Connecticut declare that the foregoing paragraph is true and correct.

I am a litigant in the matter of *Valle v. 360 Main Street Associates, LLC.*, filed on July 8th 2024. The lawsuit seeks for reinstatement of previous leasing term and also for compensation related to the circumstances surrounding our leasing status and condition of our bathroom while tenants.

In addressing the issue surrounding our submission for the Scheduling Report, such report was put together within the context of negotiations. The defendants and I were exchanging offers/terms so as to attempt to resolve this matter altogether. The "meeting" we had was on an impromptu follow up on December 20th, 2024, as we could not electronically file the report and sought to have certain dates preserved as best dates and simply called counselor to make certain alterations to dates and also to make certain miscellaneous changes here and there. Maybe three? I could not three-way the co-plaintiff into the call. Thusly, we didn't include her in the report.

On or about January 7, there was a scheduled call with the Court regarding the scheduling of this matter. Unsuccessful efforts were made to try to alter this date. However, in reviewing a flurry of emails on the day prior, co-plaintiff and I, understood the email to mean that the date that was assigned to January 7th, to have moved to January 10th, accordingly I thought there was some time to prepare and meet by phone. Unfortunately matters were complicated because I attempted to visit the clerks office in Hartford, only to learn by the assistance of the Court's clerk that these were not the same scheduled events. I blundered. Moreover, I realized that perhaps due to the holidays and my absent mindedness, I did not have a copy of the filed Scheduling Report to study. As such, I could not affirmatively address what may or may not have been there. This is not suggesting an impropriety on part of the defendants or the clerk, only that it was the matters that were before me as I attempted to follow the Court rules. Neither was I successful in reaching the the co-plaintiff to inform her that said conference was live. These are matters nonetheless to which I bare ultimate responsibility. I do.

I thank the Court in advance for considering this submission within the balance of justice, fairness and amidst a bevy errors, oversights and blunders that has been evidenced to the federal record in matter of *Valle v 360 Main Street Associates, LLC.*.

I affirm that the above matters are TRUE an CORRECT.

/s/ ___Nelson Valle___

## DECLARATION OF BRUNILDA RAMOS-AYALA FOR GOOD CAUSE IN ATTEMPTING TO MEET THE SCHEDULING MEETINGS PER COURT RULES

I, Brunilda Ramos-Ayala, under penalty of perjury-- *28 U.S.C. § 1746(2)* declare that the foregoing paragraph is true and correct.

I am a litigant in the matter of *Valle v. 360 Main Street Associates, LLC.*, filed on July 8th 2024. The lawsuit seeks for reinstatement of previous leasing term and also for compensation related to the circumstances surrounding our leasing status and condition of our bathroom while tenants.

I am a retiree from the Secretary of State in Connecticut and currently have a lease in downtown Hartford until near the end of this year (2025). However, I have family outside the state including my great granddaughters (2y and one 9 months) and an elder sister. During these holidays, I have sought to spend as much time as I could with them. This is the most important thing for me.

I am not technically proficient. Neither do I own a computer. On holiday, I have kept updated on the matters before the Court through brief calls and texts. Although I personally gathered the letters that were in the complaint filed in July as exhibits and researched some filings related to Secretary of State databases, my son the co-plaintiff Nelson Valle has taken the lead in negotiations. When a settlement with the present defendants (Trio) was not eminent, we decided to seek an attorney to perhaps file an appearance and continue forward.

In addressing the issue surrounding my lack of participation in the conference on or about December 20th 2024, I only became aware of the attempt to 3-way me in a brief follow up on or about December 20th 2024. My understanding was that there was no scheduled meeting as such, only a report that was circulated on the day before (December 19th) in the context of negotiations. Efforts where then made to reach the deadline. We agreed to have something on file to meet the deadline.

On or about January 7, there was a scheduled call with the Court regarding the scheduling of this matter. Unsuccessful efforts were made to try to alter this date. However, in reviewing a flurry of emails on the day prior, co-plaintiff and I, understood the email to mean that the date that was assigned to January 7th, to have moved to January 10th, accordingly I made plans which restricted my availability on travel. That was error.

I am still unable to match the scheduling of the Court. Neither can I stand in the way of co-plaintiff. He has a right to be heard.

I affirm that the above matters are TRUE an CORRECT.

_/s/_ Brunilda Ramos-Ayala

## CERTIFICATE OF ELECTRONIC SERVICE

The defendants have access to the Court's electronic system (CM/ECF). On or about January 9, 2024, a copy of this submission has been forwarded or otherwise made available to defendants electronically through the attorney of record Ms. Meghan K. Daley

                Respectfully,

                ____/s/__Nelson Valle

                ____/s/_ Brunilda Ramos-Ayala

NOTICE OF GOOD FAITH EFFORT
- 2

Nelson Valle/Brunilda Ramos-Ayala
80 State House Square #125
Hartford, CT 06123
+305.340.5621 *p*
profiler.1968@protonmail.com *e*